```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 40301
   SHARON EILEEN SULLIVAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-0303

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/26/2005 and was confirmed 12/29/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/02/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED          .00           .00
ILLIANI FEDERAL CREDIT U   SECURED          12675.00       1340.30        570.98
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED          .00           .00
MORTGAGE ELECTRONIC REGI   CURRENT MORTG    9832.15           .00        9832.15
MORTGAGE ELECTRONIC REGI   MORTGAGE ARRE   12694.98           .00         960.75
SHAPIRO & KREISMAN         NOTICE ONLY     NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        1127.64           .00           .00
AOL                        UNSECURED       NOT FILED          .00           .00
AT & T WIRELESS            UNSECURED       NOT FILED          .00           .00
AT&T WIRELESS              UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        1240.34           .00           .00
HSBC CARSON                UNSECURED       NOT FILED          .00           .00
COMPLETE CREDIT RECOVERY   UNSECURED         391.26           .00           .00
COMMONWEALTH EDISON        UNSECURED         772.04           .00           .00
COMCAST                    UNSECURED       NOT FILED          .00           .00
NICOR GAS                  UNSECURED         548.20           .00           .00
ONE IRON VENTURE           UNSECURED       NOT FILED          .00           .00
E R SOLUTIONS INC          UNSECURED         493.44           .00           .00
PROVIDIAN BANK             UNSECURED       NOT FILED          .00           .00
DEBT RECOVERY SOLUTIONS    UNSECURED         165.33           .00           .00
ST MARGARET HEALTH CENTE   UNSECURED       NOT FILED          .00           .00
ACCOUNT MANAGEMENT SERVI   NOTICE ONLY     NOT FILED          .00           .00
SMC                        UNSECURED         843.26           .00           .00
ASSET ACCEPTANCE CORP      UNSECURED         156.31           .00           .00
RICHARD KOMYATTE & ASSOC   UNSECURED         467.00           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        2444.28           .00           .00
COMPUTER CREDIT            NOTICE ONLY     NOT FILED          .00           .00
NATIONAL ACTION FINANCIA   NOTICE ONLY     NOT FILED          .00           .00
AMERICA ONLINE             NOTICE ONLY     NOT FILED          .00           .00
AT & T WIRELESS            NOTICE ONLY     NOT FILED          .00           .00
AT&T WIRELESS              NOTICE ONLY     NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED          .00           .00

                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 40301 SHARON EILEEN SULLIVAN
```

```
PROVIDIAN                       NOTICE ONLY    NOT FILED              .00              .00
SHERMAN ACQUISTION              NOTICE ONLY    NOT FILED              .00              .00
ERNESTO D BORGES JR             DEBTOR ATTY    2,194.00                          2,194.00
TOM VAUGHN                      TRUSTEE                                             812.18
DEBTOR REFUND                   REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 15,710.36

PRIORITY                                             .00
SECURED                                        11,363.88
    INTEREST                                    1,340.30
UNSECURED                                            .00
ADMINISTRATIVE                                  2,194.00
TRUSTEE COMPENSATION                              812.18
DEBTOR REFUND                                        .00
                        ---------------        ---------------
TOTALS                  15,710.36              15,710.36
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/05/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 05 B 40301 SHARON EILEEN SULLIVAN